No. 88–931. CRANDON ET AL. *v.* UNITED STATES; and

No. 88–938. BOEING CO., INC. *v.* UNITED STATES. C. A. 4th Cir. [Certiorari granted, 490 U. S. 1003.] Motion of the Solicitor General for leave to file a supplemental brief after argument granted.

No. 89–6605. IN RE GODWIN. Petition for writ of habeas corpus denied.

No. 89–6402. IN RE EVEGELATOS. Petition for writ of mandamus denied.

No. 89–994. WEST VIRGINIA UNIVERSITY HOSPITALS, INC. *v.* CASEY, GOVERNOR OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari granted.

No. 89–1063. FIRSTIER MORTGAGE CO., AKA REALBANC, INC. *v.* INVESTORS MORTGAGE INSURANCE CO. C. A. 10th Cir. Certiorari granted.

No. 89–1158. MILES, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE SUCCESSION OF TORREGANO *v.* APEX MARINE CORP. ET AL. C. A. 5th Cir. Certiorari granted.

No. 88–1075. ASSOCIATED BUILDERS & CONTRACTORS, INC., ET AL. *v.* OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, UNITED STATES DEPARTMENT OF LABOR, ET AL. (two cases). C. A. 3d Cir. Certiorari denied.

No. 89–344. WOODWARD *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 89–564. GLOSEMEYER ET AL. *v.* MISSOURI-KANSAS-TEXAS RAILROAD ET AL. C. A. 8th Cir. Certiorari denied.

No. 89–777. UNITED STATES GYPSUM CO. *v.* WESLEY THEOLOGICAL SEMINARY OF THE UNITED METHODIST CHURCH. C. A. D. C. Cir. Certiorari denied.